# MEMORANDUM DECISIONS

ABILENE & SOUTHERN RAILWAY COMPANY et al., Plaintiffs in Error, v. STATE, Defendant in Error. (No. 538–3294.) (Commission of Appeals of Texas, Section A. April 23, 1924.) Error to Court of Civil Appeals of Third Supreme Judicial District. Proceeding by the State against the Abilene & Southern Railway Company and others. Judgment for the State affirmed (199 S. W. 878), and defendants bring error. Reversed and remanded to district court, with instructions. J. W. Terry, of Galveston, H. M. Garwood, of Houston, E. B. Perkins, of Dallas, W. T. Armstrong, of Galveston, R. H. Ward, of Houston, R. E. Minton, of Lufkin, A. Winslow, of Laredo, A. H. McKnight and R. S. Shapard, both of Dallas, and Hiram Glass, of Austin, for plaintiffs in error. B. F. Looney, Atty. Gen., and Luther Nickels, C. A. Sweeton, and C. M. Cureton, Asst. Attys. Gen., for the State.

GERMAN, P. J. In this cause it has been made to appear by agreement of all parties that since this litigation arose the matters in controversy have been settled by orders of the District Court of the United States for the Western District of Texas, of the Railroad Commission of the state of Texas, and of the Interstate Commerce Commission, in such manner as to render this controversy moot. It is further agreed by all parties, and the Supreme Court is requested to enter its order reversing the judgment of the Court of Civil Appeals for the Third Supreme Judicial District of Texas heretofore entered in this cause, and to remand this cause to the district court of Travis county, Tex., with instructions to set aside its judgment rendered on the 23d day of October, 1916, and to dismiss the case. We recommend that this request be granted, and such order entered, and that the plaintiffs in error and the defendant in error pay the cost respectively incurred by them herein.

GREENWOOD and PIERSON, JJ. Judgment of the Court of Civil Appeals reversed, and cause remanded to the district court, with instructions to vacate its judgment and dismiss cause, as recommended by Commission of Appeals on agreement of parties.

CURETON, C. J., not sitting.

———

D. BISHOP v. STATE. (No. 8615.) (Court of Criminal Appeals of Texas. April 9, 1924.) Appeal from District Court, Haskell County; W. R. Chapman, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for theft; punishment fixed at confinement in the penitentiary for a period of three years. Upon the written request of the appellant, verified by his affidavit on file, the appeal is dismissed.

———

Sam CRAWFORD v. STATE. (No. 8598.) (Court of Criminal Appeals of Texas. April

2, 1924.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for murder; punishment fixed at confinement in the penitentiary for a period of eight years. The indictment appears regular. Nothing is brought forward for review by statement of facts or bill of exceptions. No error has been perceived. The judgment is affirmed.

———

Tom KING v. STATE. (No. 8148.) (Court of Criminal Appeals of Texas. April 2, 1924.) Appeal from Willacy County Court; W. E. McCarren, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is the unlawful carrying of a pistol; punishment fixed at a fine of $100. The record is here without statement of facts. In two bills of exception, complaint is made of the charge of the court. However, in the absence of the evidence which was adduced on trial, we are unable to determine that the charge given was not proper, or that there were facts before the court which required further instruction to the jury. The judgment is affirmed.

———

A. LUECKE v. STATE. (No. 8550.) (Court of Criminal Appeals of Texas. March 26, 1924. Rehearing Denied April 30, 1924.) Appeal from District Court, Wichita County; H. R. Wilson, Judge. Shields Heyser, of Wichita Falls, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for rape, with punishment assessed at confinement in the penitentiary for ten years. The record is before us, without bill of exception or statement of facts. In this condition, nothing is presented for review. The judgment is affirmed.

———

Percy PRATOR v. STATE. (No. 8321.) (Court of Criminal Appeals of Texas. April 9, 1924.) Appeal from District Court, Smith County; J. R. Warren, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Smith county of possessing intoxicating liquor for purposes of sale, and his punishment fixed at five years in the penitentiary. The record contains neither statement of facts nor bills of exception. The indictment appearing to be in proper form, and the charge of the court conforming thereto, no error appears, and an affirmance will be ordered.